UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVIS CARNOCHAN, et al.,<br><br>Defendants. | Case No. 2:23-cv-03496-VBF-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is GRANTED and that Judgment be entered DISMISSING this action with prejudice.

Dated: November 21, 2024                    /s/ Valerie Baker Fairbank

                                            HON. VALERIE BAKER FAIRBANK
                                            Senior United States District Judge