JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVIS CARNOCHAN, et al., <br><br> Defendants. | Case No. 2:23-cv-03496-VBF-SHK <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: 11/21/2024

/s/ Valerie Baker Fairbank
HON. VALERIE BAKER FAIRBANK
Senior United States District Judge